Elite Process Service
16106 Route 59, Suite 200
Plainfield, IL 60586
(630) 299-4600

ATTN: Jamie J.R. Holz
Edelson PC
350 North LaSalle Street, 13th Floor
Chicago, IL 60654

## INVOICE FOR SERVICE

IN RE: Kenneth A. Thomas MD, LLC, a Connecticut limited liability company, individually and on behalf of all others similarly situated v. Bariatrix Nutrition, Corp., a Vermont corporation
Court Case#: 3:17 CV 00136 RNC

76 St. Paul Street, 7th Floor
Burlington, VT, 05401

Invoice#: 155157    Link#: 358430    Your Ref#:    Date: 02/15/2017

| Item | Servee | Desc | Amount |
|---|---|---|---|
| Out Of Area | Bariatrix Nutrition, Corp., c/o Gravel & Shea PC | Preservation Letter Dated February 2, 2017, Summons in a Civil Case, Class Action Complaint and Demand for Jury Trial, Electronic Filing Order, Notice to Counsel and Pro Se Parties, Order on Pretrial Deadlines and Standing Protective Order | $115.00 |

## TOTAL CHARGES:                                                                     $115.00

Payment: 02/15/2017                           Check#: CC                              -$115.00

## BALANCE:                                                                          $0.00

ALL INVOICES ARE DUE UPON RECEIPT | FEIN 32-0055712

# Charge a card

**The transaction was successfully processed**

| | | | |
|---|---|---|---|
| Transaction Type | **Sale** | Authorization Code | **08988J** |
| Date & Time | **02/15/2017 - 06:18 PST** | Transaction ID | **PI0084534321** |
| Amount | **$115.00** | Cardholder Name | |
| Credit Card Number | **...4347** | Expiration Date | **04/18** |
| Card Type | **MasterCard** | | |
| Comment | **Invoice 155157** | | |

| | |
|---|---|
| AVS Billing Zip Code Match | **Yes** |
| AVS Billing Street Address Match | **Not Available** |
| Card Security Code Match | **Yes** |

# RETURN OF SERVICE

Court: **UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

Case No.: **3:17 CV 00136 RNC**

Plaintiff: **Kenneth A. Thomas MD, LLC, a Connecticut limited liability company, individually and on behalf of all others similarly situated**
vs.
Defendant: **Bariatrix Nutrition, Corp., a Vermont corporation**

I, _Paul Fantone_, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of _Vermont_.

Type of Process: **Preservation Letter Dated February 2, 2017, Summons in a Civil Case, Class Action Complaint and Demand for Jury Trial, Electronic Filing Order, Notice to Counsel and Pro Se Parties, Order on Pretrial Deadlines and Standing Protective Order**

Defendant to be served: **Bariatrix Nutrition, Corp., c/o Gravel & Shea PC**

Address where attempted or served: **76 St. Paul Street, 7th Floor, Burlington, VT 05401**

On _2-13-17_ at _1:15 PM_, I (X) Served ( ) Non-served the within named defendant in the following manner:

☐ INDIVIDUAL SERVICE: By delivering a copy of this process to the within named Defendant personally.

☒ CORPORATE SERVICE: By leaving a copy of this process with _Sue Hine_
(Title) _Legal Assistant_, a person authorized to accept service and informed the person of the contents thereof.

☐ SUBSTITUTE SERVICE: By leaving a copy of this process at his/her usual place of abode with _____ (Relationship)_____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2017.

☐ NON SERVICE: I have been unable to effect service because of the following reason(s):

Description of person process was left with:

Sex: _female_ Race: _White_ Hair: _Brown_ Approx. Age: _50_ Height: _5'7_ Weight: _150_

Comments: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

FURTHER AFFIANT SAYETH NOT.

State of _New York_
County of _Oneida_

X _Paul Fantone_
_2-14-17_
(Executed on)

Subscribed and Sworn to before me on this
_14_ day of _February_, 20_17_

Signature of Notary Public
NADORA L. MIKOLAJCZYK
Notary Public, State of New York
Qual. in Oneida Co. #01MI4995341
My Commission Expires April 20, 20_18_

Job: 358430
File: