UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH A. THOMAS MD, LLC, a Connecticut limited liability company, individually and on behalf of all others similarly situated,<br><br>                 Plaintiff,<br><br>  vs.<br><br>BARIATRIX NUTRITION, CORP., a Vermont corporation,<br>                 Defendant. | Civil Action No.  3:17-cv-00136-RNC |

**DEFENDANT'S MOTION FOR INITIAL EXTENSION OF TIME TO PLEAD**

Pursuant to Rule 7(b)(1), Defendant Bariatrix Nutrition, Corp. ("Bariatrix") respectfully moves this Court for an initial thirty-day extension of the date by which it must file a responsive pleading to Plaintiff Kenneth A. Thomas MD, LLC's Complaint, which would extend the deadline to April 6, 2017.  Absent extension, a responsible pleading would be due on March 6, 2017.

Good cause exists because Mintz Levin Cohn Ferris Glovsky and Popeo PC was recently retained as counsel for Bariatrix.  The Complaint, moreover, raises complex and important issues of fact and law, which counsel for Bariatrix are investigating.  Additionally, counsel for Bariatrix are evaluating potential defenses and whether to file an Answer or motion directed to the Complaint.  Bariatrix thus respectfully requests an initial customary thirty-day extension so as to appropriately respond to the Complaint.

In accordance with Local Rule 7(b)(3), counsel for Bariatrix contacted Plaintiff's counsel and has confirmed that Plaintiff's counsel does not object to this motion.  This is also the first

1

motion for an extension of time that Bariatrix has filed with respect to this time limitation (or any time limitation).

WHEREFORE, Bariatrix respectfully requests that the date by which it must file a response to the Complaint be extended to April 6, 2017.

Date:  March 6, 2017

        Respectfully submitted,

        CETIS, INC., a Delaware corporation

        By:   */s/ Keith P. Carroll*
        Keith P. Carroll, CT16254
        MINTZ LEVIN COHN FERRIS GLOVSKY and POPEO, P.C.
        707 Summer Street
        Stamford, CT 06901
        Telephone:  (203) 388-8464
        KPCarroll@mintz.com

        Joshua Briones
        Esteban Morales
        Natalie Prescott
        MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
        2029 Century Park East, Suite 1370
        Los Angeles, California 90067
        Telephone: (310) 586-3200
        JBriones@Mintz.com
        EMorales@Mintz.com

        *Pro Hac Vice Forthcoming

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2017 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                        */s/  Keith P. Carroll*

67655867v.1