UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH A. THOMAS MD, LLC, a Connecticut limited liability company, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> vs.<br><br>BARIATRIX NUTRITION, CORP., a Vermont corporation,<br>     Defendant. | Civil Action No.  3:17-cv-00136 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Bariatrix Nutrition, Corp. states that Bariatrix Nutrition Inc. owns Bariatrix US Inc., which owns Bariatrix Nutrition, Corp.

Date:  April 6, 2017

            Respectfully submitted,

            BARIATRIX NUTRITION, CORP.


            By: */s/ Joshua Briones*
            Joshua Briones, (*general admission forthcoming*)
            Natalie Prescott, *(general admission forthcoming)*
            MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
            2029 Century Park East, Suite 1370
            Los Angeles, California 90067
            Telephone: (310) 586-3200
            JBriones@Mintz.com
            naprescott@Mintz.com

            Keith P. Carroll, CT16254
            MINTZ LEVIN COHN FERRIS GLOVSKY and POPEO, P.C.
            707 Summer Street
            Stamford, CT 06901
            Telephone:  (203) 388-8464
            KPCarroll@mintz.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 6, 2017 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                    */s/ Keith P. Carroll*
                     Keith P. Carroll

68203067v.1