```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

KENNETH A. THOMAS MD, LLC, a    :
Connecticut limited liability   :
company, individually and on    :
behalf of all others            :
similarly situated,             :
                                :
     Plaintiff,                 :
                                :
     v.                         :     CASE NO.  3:17cv136(RNC)
                                :
BARIATRIX NUTRITION CORP., a    :
Vermont corporation,            :
                                :
     Defendant.                 :
```

MEMORANDUM OF CONFERENCE

On May 24, 2017, the court held a telephonic scheduling conference to discuss the parties' Rule 26(f) report. The plaintiff was represented by Attorney Jonathan Shapiro and the defendant was represented by Attorney Natalie Prescott.

The positions of the parties regarding the staging of discovery differed from the Rule 26(f) report. In particular, the defendant indicated during the conference call that it has legal arguments in opposition to any proposed motion for class certification, that no discovery is needed to oppose that motion, and that such a motion could be filed early in the case. The defendant also represented that it might not file a motion for summary judgment.

Given these changes, in the interest of efficiency and economy, counsel must again meet and confer in a good faith effort to reach agreement regarding a discovery schedule. By June 5, 2017, the parties shall submit a revised Rule 26(f) report.

Counsel also indicated that they are attempting to resolve the case. By June 14, 2017, counsel shall submit to Judge Martinez's chambers a confidential joint report on the status of their efforts to resolve the litigation.

SO ORDERED at Hartford, Connecticut this 30th day of May, 2017.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge